MATTHEW J. JACOBS (171149)
mjacobs@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone:   +1 650 815 7400
Facsimile:    +1 650 815 7401

Attorneys for Defendant
MISAEL SANDOVAL-RODRIGUEZ

FILED

DEC 1 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MISAEL SANDOVAL-RODRIGUEZ, <br><br> Defendant. | CASE NO. 5:05-CR-00162-RMW <br><br> **STIPULATION TO CONTINUE DETENTION HEARING AND [PROPOSED] ORDER** <br><br> DATE:          December 16, 2009 <br> TIME:           11:00 a.m. <br> JUDGE:        Hon. Howard R. Lloyd <br> COURTROOM:  2, 5th Floor |

    The defendant Misael Sandoval-Rodriguez and the United States, by and through their respective counsel, hereby stipulate and agree to continue the detention hearing in the above-captioned matter, presently scheduled for December 16, 2009 at 11:00 a.m., to Wednesday, December 23, 2009 at 11:00 a.m. The continuance is requested to allow the defendant further time to prepare for the detention hearing.

    The defendant agrees that the period between December 16, 2009 and December 23, 2009 shall be excluded from the speedy trial calculation under 18 U.S.C. § 3161(c)(1). Furthermore, the defendant agrees to waive his right to have a detention hearing held within five days under 18 U.S.C. § 3142(f)(2).

1  Accordingly, the parties respectfully request that the Court continue the detention hearing
2  until December 23, 2009 at 11:00 a.m.

Respectfully submitted

Dated: December 15, 2009          By:  /s/ Matthew J. Jacobs
                                       Matthew J. Jacobs

                                  Attorney for defendant
                                  MISAEL SANDOVAL-RODRIGUEZ

Dated: December 15, 2009          By:  /s/ John N. Glang
                                       John N. Glang

                                  Assistant United States Attorney

STIPULATION TO CONTINUE DETENTION
HEARING AND [PROPOSED] ORDER                              CASE NO.: CR-05-00162-RMW

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the detention hearing presently set for defendant Misael Sandoval-Rodriguez for December 16, 2009 at 11:00 a.m. is continued until December 23, 2009 at 11:00 a.m. It is further ordered that the time between December 16, 2009 and December 23, 2009 shall be excluded from the speedy trial calculation under 18 U.S.C. § 3161(c)(1).

Dated: 12/16, 2009

_____
Honorable Howard R. Lloyd
United States Magistrate Judge

MPK 159875-1.099744.0086

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

STIPULATION TO CONTINUE DETENTION
HEARING AND [PROPOSED] ORDER

CASE NO.: CR-05-00162-RMW