1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900         ***E-FILED - 5/6/10***
6    San Jose, California 95113
     Telephone: (408)-535-5084
7    Fax: (408)-535-5066
     E-Mail: John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA, | ) | No. CR 05-00162-RMW |
   |---|---|---|
15 |                Plaintiff, | ) ) | |
16 |     v. | ) ) | STIPULATION AND [] ORDER RESCHEDULING STATUS HEARING AND EXCLUDING TIME |
17 | MISAEL SANDOVAL-RODRIGUEZ | ) ) | |
18 |                Defendant. | ) ) | |

19

20       IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case,

21 currently scheduled for Monday, May 3, 2010 at 9:00 a.m., be vacated and rescheduled for

22 Monday, June 7, 2010 at 9:00 a.m.  The parties further stipulate that the court may exclude the

23 period of time from May 3, 2010 through and including June 7, 2010 from the computation of

24 the period of time within which the trial must commence for the reasons set forth in the proposed

25 order below.

26 It is so stipulated.

27
   Dated: __4/30/10_____                    _____/s/_____
28                                                           JOHN N. GLANG
                                                             Assistant United States Attorney

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 05-00162-RMW**

Dated: _4/30/10_____                    _____/s/_____
                                            MATTHEW J. JACOBS
                                            Attorney for Misael Sandoval-Rodriguez

# **[] ORDER**

Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this case, previously scheduled for Monday, May 3, 2010 at 9:00 a.m., be vacated and rescheduled for Monday, June 7, 2010 at 9:00 a.m.

Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of time from May 3, 2010 through and including June 7, 2010 from the computation of the period of time within which the trial must commence.  The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.  The court bases this finding on the need of the government to analyze factual and legal issues concerning a possible violation of the defendant's constitutional right to a speedy trial, and to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

It is so ordered:

Dated: __5/6/10_____                 _/s/ Ronald M. Whyte_____
                                            RONALD M. WHYTE
                                            United States District Judge

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME
CR 05-00162-RMW**                    2