JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOHN N. GLANG  (GUAMBN 94012)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5084
Fax: (408)-535-5066
E-Mail: John.Glang@usdoj.gov

*E-FILED - 6/30/10*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00162-RMW |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL AND ORDER |
| MISAEL SANDOVAL-RODRIGUEZ, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice as to defendant Misael Sandoval-Rodriguez.

DATED: June 22, 2010                           Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
DAVID R. CALLAWAY
Chief, San Jose Branch

NOTICE OF DISMISSAL - CR-05-00162-RMW

1
2
3
4
5
6
7
8
...
28

ORDER

Leave of Court is granted to the government to dismiss that indictment without prejudice as to defendant Misael Sandoval-Rodriguez.

Date: 6/30/10

*[signature: Ronald M. Whyte]*
RONALD M. WHYTE
United States District Judge

NOTICE OF DISMISSAL - CR 01-20084-RMW2